**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

   Rosalind C McCrea                  Chapter 13

               Debtor                 Bankruptcy No. 14-13991-JKF
                                                Date: 9/3/2015 9:30:00 AM
                                                Time:
                                                Courtroom: #Courtroom #3
                                                900 Market St,
                                                Philadelphia PA 19107

**CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL**

     **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

     The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

     **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                                  Respectfully submitted,

                                                /s/ William C. Miller
                                                _____
                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee
                                                P.O. Box 40119
                                                Philadelphia, PA 19106
                                                Telephone: (215)627-1377